No. 93–8580.  SMITH v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 93–8843.  MOTLEY v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 93–9257.  O'NEAL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93–9344.  BANNISTER v. ARMONTROUT, ASSISTANT DIRECTOR/ZONE II, MISSOURI DIVISION OF ADULT INSTITUTIONS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–9496.  BENSON v. UNITED STATES; and AMBORT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–9553.  RUSSELL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–9564.  ABDURRAHMAN v. RENO, ATTORNEY GENERAL, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 93–9602.  ROURKE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–9646.  SNELL v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 93–9653.  SINGLETON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  Sup. Ct. Ark.  Certiorari denied.

No. 93–9722.  SCOTT v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–9751.  THOMAS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–9765.  SHEA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–9769.  BEHLER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.